UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH W. MILLS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>STATE OF CALIFORNIA, ET AL.,<br><br>　　　　　Defendant(s). | Case No. CV 20-2846-CBM (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: AUGUST 21, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　　United States District Judge