JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH W. MILLS, | Case No. CV 20-2846-CBM (KK) |
|         Plaintiff, | |
|         v. | JUDGMENT |
| STATE OF CALIFORNIA, ET AL., | |
|         Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: AUGUST 21, 2020



_____
HON. CONSUELO B. MARSHALL
United States District Judge