JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH W. MILLS, | Case No. CV 20-2846-CBM (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| STATE OF CALIFORNIA, ET AL., | |
| Defendant(s). | |

Pursuant to the Order (1) Reopening Action to Consider Additional Objections to Report and Recommendation and (2) Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: MARCH 11, 2021

HON. CONSUELO B. MARSHALL
United States District Judge